UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, et al., | CASE NO. 2:24-cv-01587-TL |
| Plaintiffs, | ORDER OF REFERRAL |
| v. | |
| CIHAN AKGOZ, an individual, et al., | |
| Defendants. | |

    The Court issues this Order *sua sponte* and in response to *In re: Amazon Counterfeit Enforcement Litigation*, General Order No. 03-23 (Mar. 7, 2023). Consistent with General Order No. 03-23, the Court hereby refers all issues related to service of Defendants to the Magistrate Judges designated by General Order No. 03-23.

    Dated this 24th day of March 2025.

Tana Lin
United States District Judge